United States Court of Appeals
**Fifth Circuit**

**F I L E D**

**May 28, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-30008
Summary Calendar

_____

EUGENE MORRIS,

                                        Petitioner-Appellant,

versus

CARL CASTERLINE,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-CV-1939
--------------------

Before REAVLEY, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

     Eugene Morris, federal prisoner number 21068-009, appeals
the district court's order denying and dismissing with prejudice
his application for writ of habeas corpus.  Morris argues that
the district court erred in finding that he did not satisfy the
requirements for filing a 28 U.S.C. § 2241 petition under 28
U.S.C. § 2255's "savings clause."

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Morris has not met his burden of showing that he meets the requirements for filing a § 2241 petition under the savings clause of § 2255.  He has neither pointed to a retroactively applicable Supreme Court decision which establishes that he may have been imprisoned for conduct that was not prohibited by law nor shown how his claim was foreclosed by circuit law at the time of his guilty-plea conviction, appeal, or first § 2255 motion.  See Reyes-Requena v. United States, 243 F.3d 893, 903-04 (5th Cir. 2001).

AFFIRMED.